HENRY H. WEINBERGER ET AL., PROSECUTORS, v. PASSAIC COUNTY COURT OF QUARTER SESSIONS ET AL.

Decided October 25, 1929.

For the state, *D. Frederick Burnett.*

For the defendants, *John A. Matthews.*

PER CURIAM.

Application is made herein for the allowance of writ of *certiorari* to review the action of the Passaic County Court of Quarter Sessions with regard to an alleged order of that court made on the fifth day of October, 1929, respecting six certain indictments then pending against the applicants.

The court has carefully examined the reasons urged for the allowance of the writ applied for and has reached the conclusion that the application should be denied.